# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

**FILED**
**04/12/2012**
**Clerk, U.S. District Court**
**Western District of Texas**

**by: J. BEJARANO**
**Deputy**

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § CASE NUMBER: EP:12-M -01608(1) - NJG |
| vs. | § USM Number: 93380-280 |
| | § |
| (1) David Alvarez-Garcia | § |
| Defendant. | |

## JUDGMENT IN A CRIMINAL CASE
### (For A Petty Offense) - Short Form

The defendant, David Alvarez-Garcia, was represented by counsel, Pedro J. Martin.

The defendant pled guilty to the complaint on April 12, 2012. Accordingly, the defendant is adjudged guilty of the following offense(s):

| **Title & Section** | **Nature of Offense** | **Date of Offense** |
|---|---|---|
| 8 USC 1325(a)(2) | ATTEMPTED ILLEGAL ENTRY BY ELUDING AN IMMIGRATION OFFICER | March 31, 2012 |

As pronounced on April 12, 2012, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of **Time Served.** The defendant shall remain in custody pending service of sentence.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

Signed this the 12th day of April, 2012

_____
NORBERT J GARNEY
U.S. MAGISTRATE JUDGE

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| TXW | (1) David Alvarez-Garcia | | |

| 3. MAG. DKT/DEF. NUMBER | 4. DIST.DKT./DEF.NUMBER | 5. APPEALS DKT./DEF.NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| EP:12-M -01608(1) | | | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE |
|---|---|---|---|
| U.S. vs. (1) David Alvarez-Garcia | Petty Offense | Adult Defendant | Criminal Case |

**11. OFFENSE(S) CHARGED** (Cite U.S. Code, Title & Section) *If more thatn one offense, list (up to five) major offenses charged, according to severity of offense.*
8 USC 1325(a)(2) - ATTEMPTED ILLEGAL ENTRY BY ELUDING AN IMMIGRATION OFFICER8 USC 1325(a)(2)

**12. ATTORNEY'S NAME** (First Name, M.I., Last Name, including any suffix),
  **AND MAILING ADDRESS**
Martin, Pedro J.
10213 Donway
El Paso, TX 79925

Telephone Number: (915) 313-3802

**14. NAME AND MAILING ADDRESS OF LAW FIRM** (Only provide per instructions)

**13. COURT ORDER**

[X] O Appointing Counsel   [ ] C Co-Counsel
[ ] F Subs for Federal Defender   [ ] R Subs for Retained Attorney
[ ] P Subs for Panel Attorney   [ ] Y Standby Counsel
  Prior Attorney's Name:
  Appointment Date:
[ ] Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, OR
[ ] Other (See Instructions)

Signature of Presiding Judicial Officer or By Order of the Court
04/02/2012
Date of Order                    Nunc Pro Tunc Date
Repayment or partial repayment ordered from the person represented for this service at time of appointment [ ] YES   [ ] NO

| CLAIM FOR SERVICES AND EXPENSES | | FOR COURT USE ONLY | | | |
|---|---|---|---|---|---|
| CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
| 15. a. Arraignment and/or Plea | | | | | |
| b. Bail and Detention Hearings | | | | | |
| c. Motion Hearings | | | | | |
| d. Trial | | | | | |
| e. Sentencing Hearings | | | | | |
| f. Revocation Hearings | | | | | |
| g. Appeals Court | | | | | |
| h. Other (Specify on additional sheets) | | | | | |
| (RATE PER HOUR = $            )     TOTALS: | | | | | |
| 16. a. Interviews and Conferences | | | | | |
| b. Obtaining and reviewing records | | | | | |
| c. Legal research and brief writing | | | | | |
| d. Travel time | | | | | |
| e. Investigative and other work (Specify on additional sheets) | | | | | |
| (RATE PER HOUR = $            )     TOTALS: | | | | | |
| 17. Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 18. Other Expenses (other than expert, transcripts, etc.) | | | | | |
| GRAND TOTALS (CLAIMED AND ADJUSTED): | | | | | |

**19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE**
  FROM:                    TO:

**20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION**

**21. CASE DISPOSITION**

**22. CLAIM STATUS**   [ ] Final Payment   [ ] Interim Payment Number   [ ] Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case? [ ] YES [ ] NO   If yes, were you paid? [ ] YES [ ] NO
Other than from the Court, have you, or to your knowledge has anyone else, received payment (compensation or anything of value) from any other source in connection with this representation? [ ] YES [ ] NO   If yes, give details on additional sheets.
**I swear or affirm the truth or correctness of the above statements.**
Signature of Attorney                    Date

| APPROVED FOR PAYMENT -- COURT USE ONLY | | | | |
|---|---|---|---|---|
| 23. IN COURT COMP. | 24. OUT OF COURT COMP | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR./CERT. |
| 28. SIGNATURE OF THE PRESIDING JUDGE | | | DATE | 28a. JUDGE CODE |
| 29. IN COURT COMP. | 30. OUT OF COURT COMP | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPR./CERT. |
| 34. SIGNATURE OF THE CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | | | DATE | 34a. JUDGE CODE |

FILED
04/02/2012
Clerk, U.S. District Court
Western District of Texas

by: J. BEJARANO
Deputy

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

USA

§
§

vs.

§    CASE NUMBER:  EP:12-M -01608(1)  NJG
§

(1) David Alvarez-Garcia

§
§
§

**Interpreter Required:   Yes   X    No ☐**

0 minutes      TIME:      p.m. to   p.m

| PROCEEDINGS SHEET*/CRIMINAL NOTICE | 8 USC 1325(a)(2) |
|---|---|

TAKE NOTICE That a proceeding in this case has been set for the place, date and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| **United States Courthouse**<br>**525 Magoffin**<br>**El Paso, Texas 79901** | **Magistrate Courtroom #511** |
| | DATE AND TIME |
| | **April 12, 2012 at 9:00 AM** |

TYPE OF PROCEEDING

## MISDEMEANOR ARRAIGNMENT

**NORBERT J GARNEY**

UNITED STATES MAGISTRATE JUDGE

| **April 02, 2012** | **Jode Bejarano     (915) 834-0505** |
|---|---|
| INITIAL APPEARANCE DATE ** | (BY) DEPUTY CLERK |

TO:   DEFENDANT
      DFT ATTORNEY    **Martin, Pedro J.(CJA) - (915) 313-3802**
      U.S. PROBATION
      U.S. PRETRIAL
      U.S. ATTORNEY
      U.S. MARSHAL
      AGENCY / AGENT:   **El Paso Sector Border Patrol - Arreola, J. Hector**

  **X**    **Bond set at $10,000  Cash or Corporate Surety**

**\* Defendant afforded initial appearance pursuant to Fed.R.Crim.P.5. informed of charges, penalties, right to remain silent, right to preliminary examination, right to be represented by counsel, and to appointment of counsel if Defendant is financially unable to obtain counsel, and the circumstances under which Defendant may secure pretrial release. \*\* Initial appearance for Defendant is electronically recorded.**

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, EL PASO DIVISION

**FILED**
**04/02/2012**
**Clerk, U.S. District Court**
**Western District of Texas**

**by:  J. BEJARANO**
**Deputy**

| | |
|---|---|
| USA | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: EP:12-M -01608(1) - NJG |
| | § |
| (1) David Alvarez-Garcia | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **March 31, 2012** in **El Paso** County, in the **WESTERN DISTRICT OF TEXAS** DEFENDANT(s) did, (track statutory language of offense) being an alien to the United States, knowingly elude examination and inspection by Immigration Officers

in violation of Title **8** United States Code, Section(s) **1325(a)(2)**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: *"The DEFENDANT, David ALVAREZ-Garcia, an alien to the United States and a citizen of Mexico, illegally entered the United States from the Republic of Mexico on March 31, 2012, by eluding examination and inspection by Immigration Officers, by rappelling off the east side of the Paso Del Norte, Port of Entry in El Paso, Texas. The area where the DEFENDANT entered the United States, is a place designated as a Port of Entry by Immigration Officers and is in the Western "*

Continued on the attached sheet and made a part hereof:    X Yes   ☐ No

Sworn to before me and subscribed in my presence,

Signature of Complainant
Arreola, J. Hector
Border Patrol Agent

April 2, 2012
Date

at   EL PASO, Texas
City and State

NORBERT J GARNEY
U.S. MAGISTRATE JUDGE

Signature of Judge

CONTINUATION OF CRIMINAL COMPLAINT

WESTERN DISTRICT OF TEXAS

(1) David Alvarez-Garcia

FACTS   (CONTINUED)

District of Texas.

On March 31, 2012, at approximately 4:00 p.m., Border Patrol Agent Andres Barraza while patrolling the border, received a call from radio in reference to an individual who had just rappelled off the east side of the Paso Del Norte Port of Entry (PDN/POE). While searching the area near the bridge, Agent Barraza observed an individual running north on Santa Fe Street, in El Paso, Texas. Agent Barraza approached the DEFENDANT David ALVAREZ-Garcia, identified himself as a Border Patrol Agent and questioned him as to his citizenship and nationality. The DEFENDANT admitted to having entered the United States illegally and to being a citizen and national of Mexico. After a brief interview, it was determined that the DEFENDANT did not have any immigration documents allowing him to be or remain in the United States legally. Agent Barraza placed the DEFENDANT into custody and transported him to the Paso Del Norte Border Patrol Processing Center (PDT) for processing. The DEFENDANT was enrolled into the e3/IDENT/IAFIS system. IDENT/IAFIS revealed negative immigration and negative criminal history. At this time he was read Form I-214 which he acknowledged by signing. Record checks were run through Sector Communications (KAK 880) which confirmed the previous results.

IMMIGRATION HISTORY:
NONE

CRIMINAL HISTORY:
NONE