(W.D.T.X. Ref: 245H)(Rev. 01/05) - Judgment in a Criminal Case for a Petty Offense (Short Form)

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

2012 APR 16  AM 8:51

CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

FILED
04/12/2012
Clerk, U.S. District Court
Western District of Texas

by: J. BEJARANO
Deputy

UNITED STATES OF AMERICA

BY _____
DEPUTY

vs.

(1) David Alvarez-Garcia

Defendant.

§
§ CASE NUMBER: EP:12-M -01608(1) - NJG
§ USM Number: 93380-280
§
§
§

## JUDGMENT IN A CRIMINAL CASE
## (For A Petty Offense) - Short Form

The defendant, David Alvarez-Garcia, was represented by counsel, Pedro J. Martin.

The defendant pled guilty to the complaint on April 12, 2012. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 8 USC 1325(a)(2) | ATTEMPTED ILLEGAL ENTRY BY ELUDING AN IMMIGRATION OFFICER | March 31, 2012 |

As pronounced on April 12, 2012, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of **Time Served.** The defendant shall remain in custody pending service of sentence.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

Signed this the 12th day of April, 2012

ON 4-16-12  SUBJECT
RELTO: X W
R. ALMONTE, USM
BY: _____

NORBERT J GARNEY
U.S. MAGISTRATE JUDGE